The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DALE BROWN, et al, <br><br>  Plaintiffs, <br><br> v. <br><br> MASON COUNTY, et al, <br><br>  Defendant. | C20-5628 TSZ <br><br> **ORDER GRANTING STIPULATION FOR FILING FIRST AMENDED COMPLAINT** |
| GRUMP VENTURES, LLC, <br><br>  Petitioner, <br><br> v. <br><br> MASON COUNTY, <br><br>  Respondent. | |

THIS MATTER comes before the Court on the parties Stipulation for Filing First Amended Complaint ("Stipulation").

The Court has considered the Stipulation and the other pleadings and papers filed in this action. Now, therefore, it is hereby ORDERED:

ORDER GRANTING STIPULATION FOR FILING
FIRST AMENDED COMPLAINT – 1

**Van Ness
Feldman** LLP

1191 Second Avenue Suite 1800
Seattle, WA  98101-2996
(206) 623-9372

1. The Stipulation, docket no. 22, is GRANTED.

2. Grump Ventures is given leave to file and serve its First Amended Complaint, which was filed as an exhibit to the Stipulation.

Dated this 19th day of February, 2021.

_____
The Honorable Thomas. S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:

VAN NESS FELDMAN LLP

By: *s/ Dale N. Johnson*
Brent Carson, WSBA #16240
Dale N. Johnson, WSBA #26629
Sophia E. Amberson, WSBA #52528

*Attorneys for Grump Ventures, LLC*

MENKE JACKSON BEYER, LLP

By: *s/ Kenneth Harper\**
Kenneth Harper, WSBA #25578

*Attorney for Defendant/Respondent Mason County*

BRICKLIN & NEWMAN, LLP

By: *s/ David A. Bricklin\**
David A. Bricklin, WSBA #7583
Bryan Telegin, WSBA #46686
Zachary K. Griefen, WSBA #48608

*Attorneys for Intervenor Defendant Hood Canal Gravel Mine Opposition Association*



LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

By: _s/ Jeffrey S. Myers*_
Jeffrey S. Myers, WSBA #16390

P.O. Box 11880
Olympia, WA 98508-1880
Tel: (360) 754 3480
Fax: (360) 754-3511
Email: jmyers@lldkb.com

*Attorney for Defendant Randy Neatherlin*

* Per email authorization

ORDER GRANTING STIPULATION FOR FILING
FIRST AMENDED COMPLAINT – 3



1191 Second Avenue Suite 1800
Seattle, WA 98101-2996
(206) 623-9372