UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASON COUNTY, et al., <br><br> Defendants. | C20-5628 TSZ <br><br> MINUTE ORDER DESIGNATING CASE FOR MEDIATION |
| GRUMP VENTURES, LLC, <br><br> Petitioner, <br><br> HOOD CANAL GRAVEL MINE OPPOSITION ASSOCIATION, <br><br> Intervenor, <br><br> v. <br><br> MASON COUNTY, et al., <br><br> Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE Order DESIGNATING
CASE FOR MEDIATION - 1

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by December 29, 2021. Mediation shall be completed no later than January 28, 2022, and a letter of compliance shall be filed with the Court no later than February 4, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of July, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk