UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE BROWN, et al.,

        Plaintiffs,

  v.

MASON COUNTY, et al.,

        Defendants.

GRUMP VENTURES, LLC,

        Petitioner,

HOOD CANAL GRAVEL MINE
OPPOSITION ASSOCIATION,

        Intervenor,

  v.

MASON COUNTY, et al.,

        Respondents.

C20-5628 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE Order - 1

(1) Any motion for attorney fees related to the Court's June 7, 2021 Order, docket no. 35, on Grump's claim under the Land Use Petition Act, RCW Ch. 36.70C shall be filed by July 29, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of July, 2021.

<u>Ravi Subramanian</u>
Clerk

<u>s/Gail Glass</u>
Deputy Clerk

MINUTE Order - 2