# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE BROWN, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>MASON COUNTY, et al.,<br><br>    Defendants. | PARTIAL JUDGMENT<br>IN A CIVIL CASE<br><br>CASE NO. 20-5628 TSZ |
| GRUMP VENTURES, LLC,<br><br>    Petitioner,<br><br>HOOD CANAL GRAVEL MINE OPPOSITION ASSOCIATION,<br><br>    Intervenor,<br><br> v.<br><br>MASON COUNTY, et al.,<br><br>    Respondents. | |

_____   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

The Court finding no reason for delay, see Fed. R. Civ. P. 54(b), partial judgment is hereby ENTERED as follows. Petitioner Grump Ventures, LLC's first cause of action under the Land Use Petition Act (LUPA), RCW Ch. 36.70C, docket no. 25, is DENIED as provided in the Court's June 7, 2021 Order, docket no. 35. The Court AFFIRMS the Examiner's Final Decision, docket no. 19-8 at 116–45, and

DISMISSES Grump's LUPA claim with prejudice. Respondents may tax costs in connection with the Petition in the manner set forth in Local Civil Rule 54(d).

Dated this 9th day of July, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk