The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

DALE BROWN, et al.,

                   Plaintiffs,

    v.

MASON COUNTY,

                   Defendant.

GRUMP VENTURES, LLC,

                   Petitioner,

    v.

MASON COUNTY,

                   Respondent.

C20-5628 TSZ

**ORDER**

THIS MATTER comes before the Court on the parties Stipulation to Withdrawal of Attorneys ("Stipulation") pursuant to LcR 83.2(b)(1) whereby Dale N. Johnson, Sophia E. Amberson, and Brent Carson of Van Ness Feldman LLP, counsel of record for

ORDER – 1

119478

**Van Ness**
**Feldman** LLP

1191 Second Avenue Suite 1800
Seattle, WA  98101-2996
(206) 623-9372

Plaintiff/Petitioner Grump Ventures, LLC ("Grump") and Defendant Russell Scott ("Scott"), request leave of this Court to withdraw as counsel of record.

The Court considered the Stipulation and the other pleadings and papers filed in this action. Now, therefore, it is hereby ORDERED:

1. The withdrawal of Dale N. Johnson, Sophia E. Amberson, and Brent Carson of Van Ness Feldman LLP as counsel of record for Grump and Scott in the above-captioned matter is GRANTED;

2. The withdrawal will become effective September 3, 2021, and failure to secure other counsel could result in dismissal of its claims and/or result in default judgment as to any claims of other parties.

3. Russell Scott may be reached at 4871 NE North Shore Road, Belfair, WA 98528 (Tel: 360-731-2652) and via email at russell@grumpventures.com;

4. Grump Ventures may be reached at PO Box 190, Belfair, WA 98528 (Tel: 360-731-2652) and via email at russell@grumpventures.com.

DATED this 9th day of August, 2021.

The Honorable Thomas S. Zilly
United States District Judge

Presented by:

VAN NESS FELDMAN LLP

*s/ Dale N. Johnson*
Brent Carson, WSBA No. 16240
Dale N. Johnson, WSBA No. 26629
Sophia E. Amberson, WSBA No. 52528

*Attorneys for Grump Ventures, LLC*

ORDER – 2

119478



1191 Second Avenue Suite 1800
Seattle, WA 98101-2996
(206) 623-9372

MENKE JACKSON BEYER, LLP

*s/ Kenneth Harper* _____ *
Kenneth Harper, WSBA No. 25578

*Attorney for Defendant/Respondent Mason County*

BRICKLIN & NEWMAN, LLP


*s/ David A. Bricklin* _____ *
David A. Bricklin, WSBA No. 7583
Bryan Telegin, WSBA No. 46686
Zachary K. Griefen, WSBA No. 48608

*Attorneys for Brown Plaintiffs and Intervenor*
*Defendant Hood Canal Gravel Mine Opposition Assoc.*


LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*s/ Jeffrey S. Myers* _____ *
Jeffrey S. Myers, WSBA No. 16390

*Attorney for Defendant Randy Neatherlin*


GRUMP VENTURES, LLC

_____
Russell Scott

*Governor and Registered Agent*


RUSSELL SCOTT

_____
Russell Scott


* Signed per e-mail authorization.

ORDER – 3

119478



1191 Second Avenue Suite 1800
Seattle, WA  98101-2996
(206) 623-9372