1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

3

4

DALE BROWN, et al.,

5

                              Plaintiffs,

6

          v.

7

MASON COUNTY,

8

                              Defendants.

9

GRUMP VENTURES, LLC,

10

                              Petitioner,

11

          v.                                    C20-5628 TSZ

12

MASON COUNTY,                                   MINUTE ORDER

13

                              Respondent.

14

15      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

16      (1)     The Joint Motion to Stay Deadlines and Notice of Settlement, docket no.
48, filed by Grump Ventures, LLC and Mason County is GRANTED.  All pending

17
deadlines between Grump Ventures, LLC and Mason County only are STAYED until
September 17, 2021.

18

19      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

20      Dated this 18th day of August, 2021.

21

22                                              Ravi Subramanian
                                                Clerk

23                                              s/Gail Glass
                                                Deputy Clerk

MINUTE ORDER - 1