The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DALE BROWN, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MASON COUNTY et al,<br><br>                    Defendant.<br><br>―――――――――――――<br><br>GRUMP VENTURES LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>MASON COUNTY,<br><br>                    Defendant. | NO. 3:20-cv-05268-TSZ<br><br>STIPULATION FOR DISMISSAL OF CLAIMS BY PLAINTIFFS' DALE BROWN, *ET AL.* |

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in the above-referenced action asserted by plaintiffs' Dale Brown, *et al.,* with prejudice and without an award of fees or costs to any party.

STIPULATION FOR DISMISSAL, No. 3:20-cv-05906- 1

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1    Dated this 25th day of August, 2021.

2                                               Respectfully submitted,

3                                               BRICKLIN & NEWMAN, LLP

4
5                                               By:    */s/ David A. Bricklin*
                                                       */s/ Zachary K. Griefen*
6                                                      David A. Bricklin, WSBA No. 7583
                                                       Zachary K. Griefen, WSBA No. 48608
7                                                      1424 Fourth Avenue, Suite 500
                                                       Seattle, WA 98101
8                                                      Telephone: 206-264-8600
                                                       E-mail: bricklin@bnd-law.com
9                                                      E-mail: griefen@bnd-law.com
                                                       *Attorneys for Plaintiffs*
10

11
                                                MENKE JACKSON BEYER, LLP
12
                                                *By:*   */s/ Kenneth W. Harper*
13                                                      Kenneth W. Harper, WSBA #25578
                                                        Menke Jackson Beyer, LLP
14                                                      Attorneys for Defendant Mason County
                                                        Attorneys for Defendant David Windom
15                                                      807 North 39th Avenue
                                                        Yakima, Washington 98902
16                                                      Telephone: (509) 575-0313
                                                        Fax: (509) 575-0351
17                                                      Email: kharper@mjbe.com
18

19
                                                LAW, LYMAN, DANIEL, KAMERRER
20                                              & BOGDANOVICH, P.S.

21                                              By:    */s/Jeffrey S. Myers*,
                                                       Jeffrey S. Myers, WSBA #16390
22                                                     Attorney for Defendant Randy Neatherlin
                                                       P.O. Box 11880
23                                                     Olympia, WA 98508-1880
                                                       Tel: (360) 754-3480
24                                                     Fax: (360) 754-3511
                                                       Email: jmyers@lldkb.com
25

26

STIPULATION FOR DISMISSAL, No. 3:20-cv-05906- 2

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

| | |
|---|---|
| 1 | |
| 2 | VAN NESS FELDMAN LLP |
| 3 | By:  */s/ Dale N. Johnson* |
|   | Brent Carson, WSBA #16240 |
| 4 | Dale N. Johnson, WSBA #26629 |
|   | Sophia E. Amberson, WSBA #52528 |
| 5 | Van Ness Feldman LLP |
|   | 1191 Second Ave., Suite 1800 |
| 6 | Seattle, WA 98101 |
| 7 | Tel: (206) 623-9372 |
|   | Fax: (206) 623-4986 |
| 8 | Email: brc@vnf.com |
|   | Email: dnj@vnf.com |
| 9 | Email: samberson@vnf.com |
|   | *Attorneys for Plaintiff Grump Ventures, LLC* |

STIPULATION FOR DISMISSAL, No. 3:20-cv-05906- 3

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300